My name is Gary Kreepe. I'm an attorney with the United States Justice Foundation. I'm here to represent Mr. Drake and Mr. Robinson and those clients alone. It is the purpose of our appeal, which is one of the two appeals combined for hearing today, to seek a remand back to the trial court so that we can separately pursue a resolution of this issue so that we can have the case ruled on on the merits and not dealt with on the various technical issues that have been raised or on issues that relate to plaintiffs not minors. As part of my presentation, I will only be dealing with the parts of the ruling by Judge Carter that deal with my clients as there's a variety of issues raised by the other plaintiffs which I have no stake in. Could you make clear right at the outset what relief you're seeking? Yes, we're seeking a remand back to the trial court so that we can have ultimate relief. We're seeking in our proposed second amended complaint that the court reach a determination as to whether Mr. Obama is eligible to serve as President of the United States.  What remedy flows from that that you are seeking? We're seeking simply a declaration that that is so if we're able to present the evidence to the court to prove that. What would you expect or what are you asking the federal district court to do assuming it were to issue that declaration? What would be the next thing that would happen? Well, the next thing that would happen would be that if the federal court system, because this would go all the way to the U.S. Supreme Court no matter what. Well, let's just talk about where we are. Well, if the court were to remand it back and we went through the procedures and had a trial on the merits and the court found that Mr. Obama was ineligible to serve in the office, it would be our expectation that the office would ultimately, not necessarily by the court, that the office would be vacant and Mr. Biden would take over as President of the United States, pursuant to I believe the 20th Amendment. Thank you. And your clients are former candidates? Is that who they are? Your Honor, Mr. Drake, Pastor Drake, is the former, was in 2008 the vice presidential candidate of the American Independent Party on the ballot in California. My other client is Martin Robinson, who was at the time the chairman of the American Independent Party in California. And pursuant to the Hollander decision, both such individuals, Mr. Robinson on behalf of his party and Mr. Drake as a candidate, have standing to challenge. But the case was filed after the election was over. Yes, ma'am, I'm aware of that. So why do they have standing? Why are they any different than anybody else at this point? Well, because, first of all, Your Honor, I can't speak to why it was filed after the election. I'm not saying why. I'm just saying because it was filed after the election, they don't belong or have an interest in the election. The election is over. So what is it that distinguishes them from anybody else? Well, Your Honor, first thing, this is a matter that is They're not asking the election to be rerun. They're not declaring that they want to run in the next election. So what's their role here? Well, we're not asking that the election be rerun, Your Honor. We're not asking that the government be shut down. And you're not alleging that you're not saying that you want this relief because you're planning to run next time? Well, that's premature, Your Honor, to even speculate whether Mr. Drake would run next time. Okay. So you're not alleging that. So why are you different from anybody else? Because this matter – well, first of all, because there is a ruling that they could challenge it from a Federal court, number one. Number two, the  What case is that? The Hollander case, Your Honor. Wasn't that somebody who was challenging and who brought the case when there was an election pending? Yes, Your Honor. But it wasn't a candidate. It was a general citizen. And that was the basis on which they lost the suit. But the point is, Your Honor, this matter could come up again. We could have, again, in 2012, the issue of Mr. Obama, who's already declared for reelection and filed his papers with the Federal Election Commission, running for president. And we still have the same issue. Is he eligible to vote? You would be able – wait, the other half of it is incapable of review. It's likely to repeat incapable of review. That would not be incapable of review. Then somebody with standing could, in the course of that election, presumably raise the issue if they wanted to. If we want to run this whole thing all through again, Your Honor, the facts – Nothing's been done so far here. All you've done is you've filed a complaint, and the district court has challenged standing. That's all we're here on today. Yes, we are. So running it all through is not – doesn't seem to be a consideration. The question is, on standing, you can't argue that it is incapable of review. That's the only point I'm trying to address. Okay. But I have other grounds for requesting remand by this court, Your Honor. All right. Your Honor, I entered this case on September 8th of 2009, four days after the government filed their motion to dismiss. In the short amount of time I had to prepare between then and when the motion to dismiss was had, we filed a motion for severance and to be allowed, and a motion for a proposed second amended complaint. It is our request that if the court is willing to grant remand, that we go back and proceed on those issues separate and apart from the other issues raised by Dr. Tate and her clients. Now, the issue that was – appeared to be foremost, or one of the main issues that was foremost in Judge Carter's mind, was the issue of this being a political question. I would – But isn't standing logically prior? Well, I can deal with that first if the court – if Your Honor would allow it. If you don't have standing, you don't have standing. We don't get to political questions. Well, standing is involved in several issues which the judge discussed, Your Honor. One of them, whether the injury is redressable. And the Department of Justice argued that – Well, the first question is what's your injury? That's different than anybody else's. That's what I need to know. Well, the injury, Your Honor, is that my clients, Mr. Robinson, then chairman of the American Independent Party, and Mr. Drake, who was the vice presidential candidate, were not given a level playing field so that they could run against a candidate who was eligible. Okay, but they didn't file until the election wasn't completely over, the results were certified, and President Obama was sworn in. What does that have to do with the election? Again, Your Honor, I'll have to defer to Dr. Tate on that. She's the one that filed the complaint. I was brought in for a variety of reasons much later in the process. I came in at the request of Dr. Drake and Mr. Robinson to try to salvage the situation, and we wound up with this appeal after an argument before Judge Carter. You may, in fact, have the best standing, but I still don't quite see why you have standing. I mean, you may be better than the rest of them, but I still don't see why you have standing. As Judge Carter pointed out in his ruling, Your Honor, the ruling and the arguments made by the Department of Justice have grave ramifications for minor parties. I represent the vice presidential candidate and the then chairman of a minor party candidate, and Judge Carter talked at some length in his ruling, and in the transcripts he talked even further length, and I argued at some length about how a ruling such as this where, for whatever reason, a minor party cannot challenge simply because they are a minor party, the ability of a major party to put forward a candidate that is not eligible can, in fact, deprive the minor party of all relevancy and all status. I thought Judge Carter was sympathetic to that, but still had the same concern Judge Berzon is raising, is that we're not in the posture of a campaign. That is not the posture of this case. If there is a campaign in which the minor parties feel that they are being unfairly disadvantaged for any number of reasons, have in the past, and there's no reason they couldn't in the future, raise the challenge you're trying to make. Now, you keep saying you were brought in late and that you have to deal with the hand that you're dealt. We have to deal with the hand that exists, and you did not file a claim at the time when the kind of relief that you would be talking about might be plausible, but it doesn't do anything for your candidates now. We don't know whether they would run again in 2012, and if they do, and they have the concern that they express now, there's nothing to prevent them from filing a lawsuit at that time, when the circumstances would be amenable to some kind of evidence as to injury, and we wouldn't have to speculate. But that's what I'm having trouble with. I would direct your attention, Your Honor, to the Moody case, which we submitted from North Dakota, in which the State Supreme Court of North Dakota, after the election, after inauguration, after the governor of North Dakota had taken office and was acting as a governor, signing legislation, et cetera, the North Dakota State Supreme Court removed him from office because he did not qualify, did not satisfy, I should say, the residency requirements for the state of North Dakota. Now, that's about the most analogous situation I can come up with to this situation. But as you've already said, the result of that would be that Vice President Biden would become president, and you're still where you were before. No, Your Honor, the Constitution would have been a vote. But your clients have no more, quote, level playing field than they did before, because this isn't about an election. Your Honor, this is, to me, it's about the Constitution. But what you're really saying is that anybody ought to be able to bring this case, and unfortunately, that's not the law. And what I'm trying to see is how you're different than anybody else. I mean, do you begin from the premise that just somebody walking down the street does not have standing? Well, I disagree with that, Your Honor. I think that the people of the United States have a fundamental right to enforce the Constitution. Well, that may be. Under the cases, the many, many years of precedence in the Supreme Court, can anybody bring the case? Well, but not on this issue, Your Honor. We haven't had cases on this issue. You're talking about the cases of standing to object to tax levies and the like, and that I understand. But we have a situation right now which is unprecedented in law. We have a man who, whether it's true or not, arguably is not a citizen or at least a natural-born citizen of the United States and is thus not eligible to serve. And if we say, oh, the election's over, then basically we said that the people of the United States, by a general vote of a plurality or a majority, can amend the Constitution without following the requirements of the two-thirds vote of Congress and the three-quarters of the states to do so. Well, that's not quite true. I think the argument, and this gets into the political question, it's not that the people don't have a way to enforce the Constitution, and I don't recall what the North Dakota Constitution provided, but I understand the argument that's being made is that the Constitution addresses the issue. It has various stages at which the kind of challenge you're making could have been raised or could be raised at the electoral college at that point, under the 25th or 26th Amendment. There are procedures. The question is, what is the role of the federal courts? Because that's why I asked you, just to be clear, why I asked you at the beginning what your ultimate relief is, because what you want to do is take an action through the federal courts to remove a sitting president, and the Constitution has provisions that address how a sitting president can be removed from office. And that's the difficulty that, as federal judges of limited jurisdiction, we have to abide by. Your Honor, first, if Mr. Obama is not a nationally born citizen, if he's not a citizen, then he never was elected president because he could not qualify to be president. Therefore... That's an issue that would be identified or dealt with by the Congress, or arguably perhaps the Attorney General. Well, my point is, Your Honor, he could not be impeached. Unless you have a sitting president, you can't impeach him, number one. Number two, it was the argument of the Department of Justice, which Judge Carter seemed to bite on, that it was up to the electoral college or the Congress to deal with this issue. The problem with that, as we argued in our brief, Your Honor, opening in reply, is that, number one, 26 states in the District of Columbia have laws which mandate criminal or civil penalties for electors that do not vote in accordance with the majority or plurality wishes of the voters in that state or district. So they have no discretion to challenge. And under 3 U.S.C. 15, which the DOJ argued, that provides for challenges raised by Congress to the paperwork of the electors, whether they were properly selected, whether the paperwork was properly submitted by the courts. There's no provision in 3 U.S.C. 15 for any dealing with eligibility. There's no provision for anybody dealing with the electoral college. So the only recourse to the people is the courts. Otherwise, the Article 2 requirements for president are unenforceable and therefore meaningless. And that is a result that, to me, shreds the concept of our Republican form of government. We have to have, the people have to have a way to challenge somebody when the powers that be, the majority parties in this case, the Democrats and Republicans, say we don't care about the AIP or the Libertarians or the natural law party or whoever it is. They're unimportant. Only we count. And so we're not going to do anything about it because maybe next time it'll be a Republican who's not eligible. John McCain was a subject of lawsuits over his eligibility. Congress held hearings on whether John McCain was eligible, was a natural born citizen eligible to run. And they actually made a finding. In fact, their finding actually helps any case we have because their finding says you have to, essentially implies you have to have two American born citizens as parents before you can be a natural born citizen run. That's not before the court, but I mean, this has all been done in the last couple of years, but nobody's willing to take on Mr. Obama. Nobody's willing to ask the hard questions of him. John McCain, it's okay. Not Mr. Obama. How did the McCain hearings come about? The people in the Democratic Party initiated hearings. They were the majority party in the Senate. They initiated hearings and held hearings. And Mr. I'll strike that. Senator McCain retained counsel, Lawrence Tribe, and Ted Olson, if I remember correctly. They submitted legal briefs, and the matter was voted on. And a finding was made that he was a natural born citizen eligible to run. The question being over his birth in Panama. Yes, I know. I recall that. The question that I have, then, is have you sought to initiate that kind of process? Through Congress? Yes. We don't have the right to do that, Your Honor. Only members of Congress have the right to do that. You don't have a right to petition Congress? Well, we could petition them, but only a member of Congress has the right to request those. So you're saying that congressional members brought McCain on issue on their own. Nobody pressed them to do that? I don't know, Your Honor. The more important thing is the ruling by Congress was, in essence, non-binding. It didn't have the weight of any law. Okay. Your Honor, unless you have more questions, I'd like to reserve my time for rebuttal, if I may. All right. Thank you, Your Honor. It says here, time remaining 2.41. How do I reset it? I'm sorry. It says here, time remaining 2.41. I'm supposed to have 10 minutes. We need to start the clock again. We need to restart. Each side gets 10 minutes. No, 20. No, it's 6.52. I need 10 minutes. 10 minutes. No, each lawyer, we have two lawyers, each gets 10 minutes. Yes. Do I need to push the button? I'm sorry. This is my first time here. Do I need to push the button to talk? No, it goes automatic. Oh, it goes automatic. Well, then, good day. Good morning. It's right below you over there. Pardon? It's right below you over there. You have it on your podium, haven't you? The clock. The clock. Yeah, I see. You'll start the clock when you start talking. Okay. Okay. I'm ready. One, two, three, go. Good morning again. I'm Orly Gates. I'm representing Ambassador Alan Keyes, who actually has unique standing because he ran against Mr. Obama twice. He ran against him for Senate in 2004. There were two finalists in the senatorial run. And if, indeed, Mr. Obama, as the evidence shows, committed fraud, and the evidence that we have shows that he does not have a valid Social Security number, he's using a number that was never signed, does not have a valid original birth certificate. What he recently provided to the public, and I believe greatly influenced the country as a whole, and possibly even somehow influenced the courts with all the future proceedings by publishing this computer image, claiming that to be a true and correct copy of his original birth certificate issued in 1961. And analysis shows that it's not. It's not a true and correct image of original birth certificate. It's a very inventive computer art where bits and pieces were taken from different documents, put together, and this image was created. Not only Mr. Obama has done that, he created this psychological Kristallnacht against people who are bringing these kind of legal actions to court. He called us carnival barkers. And that started mass hysteria in the media, saying we need to go away, get out of the country, and so forth. And of course, Ambassador Keyes has perfect standing, because if indeed fraud was committed, and Mr. Obama does not have proper papers, he could never become not only the president, he could never become the senator from the state of Illinois, and Ambassador Keyes and President Obama were the finalists in that competition in 2004. Additionally, my clients are members of U.S. military. And I'm sure your owners know that just recently, a fellow member of U.S. military, Lieutenant Colonel Lakin, was imprisoned when he was supposed to redeploy to Afghanistan, and he was asked for his birth certificate. He stated, why should I show and not Mr. Obama? He said, I would be willing to go if I know that I have a legitimate commander-in-chief. And he was denied his right to fair trial. The presiding judge, and I was at that trial, stated that he cannot bring the issue of eligibility. And he is today rotting in prison. This high-ranking officer is sitting in prison in Fort Leavenworth. He lost his pension. So my clients, and there are 30 of them, some of them are here, who are members of U.S. military, are greatly concerned in that all the evidence shows Mr. Obama not being eligible, him not having a valid Selective Service document, not having a valid Social Security number, not having a valid birth certificate, not having valid educational records, sitting in the White House. And if they're questioning him, they will be sitting in prison in Fort Leavenworth, just as Lieutenant Lakin is sitting there. Lastly, my clients are 10 state representatives from different states. As you know, Your Honors, there are a number of issues that are currently being heard in different states. Among them, the health care reform, the states have balanced budget amendments, and they need to know whether indeed when they are trying to implement different measures or executive orders coming from the White House, they want to know that those orders are legitimate. When they are implementing those orders in their states. Additionally, this case is different from all the other cases. And the beauty of it, the standing, as a matter of fact, doesn't even come up. Why so? Because I filed this case on Inauguration Day. And before, Mr. Obama did anything as U.S. President. And Mr. Obama never filed an answer. And we had a default hearing on July the 13th of 2009. Now, if Mr. Obama were to file an answer, and he would have stated, well, there is a problem with the standing of those plaintiffs, we would have been arguing standing. However, he didn't, in spite of the fact that he was served four times. During the hearing, the motion hearing that I asked for on the issue of default, Mr. Obama could not send his own attorney or U.S. attorney on his behalf, because then it would have shown that indeed he was served. So what he did, he sent this gentleman, assistant U.S. attorney, and it was a trick. They said, well, he is here, but he is not representing the President. He is representing the United States of America. And pressured the judge and me to serve Mr. Obama for the fifth time, yet again, through him. And I refused, I flatly refused to do it. And Judge Carter stated on the record, well, if you refuse, this case will be dismissed. I'm inclined to dismiss it. It's going to be sitting in the Ninth Circuit for a year, and you owe it to the country to have this case heard on the merits. I refused again. I said, Your Honor, we are losing our due process and constitutional rights. You can either give me the default judgment or deny it. You cannot pressure me and under duress make me serve Mr. Obama for the fifth time through the U.S. attorney's office. That's untrue influence. And the hearing lasted, I think, over two hours, and repeatedly Judge Carter kept pressuring me. And here there is a violation of due process and First Amendment right for redress of grievances because I was pressured under duress to serve Mr. Obama yet again. And this particular instance was an instance of the court exceeding the court's judicial discretion, abusing the judicial discretion. Additionally, this U.S. attorney had no standing to be there to begin with. He was not representing the plaintiffs. He claimed he was not representing the defendant, so he had no standing to argue anything and be part of the case to begin with. And there was an abuse of judicial discretion on part of Judge Carter to go ahead and demand that I serve U.S. attorneys who were not part of the case. They were not representing anybody in this case. Additionally, as that was done, Judge Carter made sort of a quid pro quo, a deal. He stated, if you serve the government the way they want. He didn't even say that I didn't serve Mr. Obama correctly. I served him correctly under Rule 4E. And the U.S. attorney provided an incorrect reconstruction of the statute. He stated that I did not serve him correctly, that I had to serve him under Rule 4I. As 4I, and I correctly stated, 4I is reserved only to governmental officials that are being served in regards to something that they're performing within their duties. I'm serving him in regards to fraud that he committed before he became the president.  It was done for his own benefit. And I'm seeking also an order stating that there was improper reconstruction of the statute. There was an error by Judge Carter, and due to this error, the case needs to be overturned. The decision needs to be overturned. And there was a clear pattern of untrue influence on this federal judge by the U.S. attorney's office, or actually by the White House, using this U.S. attorney's office, and additionally using his own private attorney, one of his private attorneys, who was placed to work as a clerk for the presiding judge. That was an outrage. It was a clear lack of impartiality because a Perkins-Coyer attorney, Sifat Kulamur, was placed as a clerk for this judge, writing an opinion for the judge. I mean, I came from the Soviet Union. I would expect this in the Soviet Union, but I would not expect it here. Additionally, Judge Carter read some letters that came to him, to his chambers, and in his final ruling, he quoted those letters that were highly defamatory about me, the plaintiff's attorney. I filed motions for reconsideration, and I repeatedly demanded to have access to those letters and have a hearing to provide my side of the story. I was defamed. My livelihood was affected. My position with the state bar was affected because the judge included in his order letters that were sent to him directly to his chambers, and I had no opportunity to even see them or respond. Clear lack of impartiality, abuse of judicial discretion, and for all of those reasons, and I'm running out of time, this case has to be, the decision needs to be overturned, and I should get my right for default judgment and post-judgment discovery of the documents that I am seeking. I did bring, I don't know if the court would be willing to give me more time. I gave more information. Thank you very much. I have 10 seconds. May it please the court, let me state for the record the appearance of my co-counsel, Assistant U.S. Attorney Roger E. West, and of myself, Assistant U.S. Attorney David A. DeJuke, representing President Obama and the other federal defendant, Apeliz. This is a limited matter before the court. Where are you from? The U.S. Attorney's Office, sir. In L.A. In Los Angeles, yes, sir. It's a limited matter before the court, and unless the court directs otherwise, I will not respond to the things outside of this court's purview, other than to say that there was no undue influence addressed to anyone and that we acted in a proper manner. The issue before the court is standing, and as this panel has already suggested by its questions, the difficulty, of course, is that these plaintiffs did not have standing at the time and have not acquired standing in the meantime. The problem with standing is that they need to show, as this court well knows, injury in fact, redressability, and neither prong of those elements of standing, as the district court below correctly found, can be shown. Now, is there nobody who could bring this case or a case like it, a case challenging the qualifications of the President before or after the election? What about before the election? In the abstract, I think there are certainly, if they acquire in a court of limited jurisdiction proper standing, I would concede that I could hypothetically think of some instances of a person who might be able to bring the case. And I think the first person that comes to mind is, as Your Honors suggested, is a candidate. And I think, as Your Honors also suggested, we don't have any candidates in this case. By the time this case was brought, the election had been run, the President had been certified as the President-elect, and in fact the President had been inaugurated, and that's when the case was filed, not served. The time for challenging somebody on the ballot had long since passed. There have been cases. And your – first of all, I gather that if we accept your standing arguments, we don't get to political question. I think that is the correct timing, Your Honor, yes. And if the – a case like this were brought before the election, would there be a political question problem? There could well be. I don't believe a case has been brought where there's a sitting President. No, no, I'm talking about a non-sitting President. If you had a challenge to a candidate, I assume there wouldn't be a political question question at that point. Let's suppose somebody's running for office, declares, and is 23 years old, or the President would have to be 35, right? So 33 years old. Nobody disputes it. But nobody acts. Would you say that somebody would have standing to challenge that? It depends on the timing. During the campaign. During the campaign, I think that a candidate would have standing to challenge them. And it wouldn't be a political question. And it would not be a political question, Your Honor. I think a candidate can challenge the qualifications of another candidate, assuming, of course, that that candidate does so in a timely manner, while there is enough time. And there have been cases, of course, like that. And the courts can act promptly and swiftly when it's necessary. But assuming that that's done prior to the ballot, prior to the election, in enough time that the courts can adequately adjudge that the person is 33 as opposed to 35, I think the other candidates would be the proper people in front of this court. Sort of like the Chicago mayor's race, when the residency of Rahm Emanuel was much in dispute. So that would be the kind of timing that candidates could challenge the qualifications of their putative opponents. That's correct, Your Honor. There have been a series of cases that Ralph Nader has brought in challenging qualifications of other candidates. He's done so during the course of the election. And I would submit that other candidates can challenge on the ballot other candidates' qualifications. That, of course, did not happen here. And, of course, to Your Honor's other point about redressability, what is the effect that a declaratory judgment would have if the district court were to ever get that far, other than to be advisory? That is to say, if the district court does not have the power, once the president has been declared the winner, the president-elect is sworn into office. Well, there would be a nice and difficult question if the case were brought before the election but not decided before the election. Yes, that would be. And, of course, the timing is such that the longer you go back in time, the greater likelihood that the standing might be. So it could be that there might be a situation in which you would not have a decision on eligibility until after the election. And that would be sort of a hard and difficult question. But it's not our problem. That is correct on both issues, Your Honor. One, it is possible to think of hypothetical issues. And, two, that is certainly not the issue before the court. The issue before the court is whether these individuals timely brought a complaint so that a federal court of limited jurisdiction could establish that the plaintiffs had standing. And, of course, it remains the plaintiff's burden to establish standing. The defendants came in this case, challenged standing. And the district court correctly found that under both prongs, lack of injury in fact and lack of redressability, these plaintiffs did not have a problem. But the redressability determination was really a political question determination and doesn't seem necessary. I think that the court could have reached just the issue of injury in fact. Quite frankly, I think the opinion below never reaches the conclusion that there were candidates involved. It never makes that decision. It simply stops the injury in fact analysis and says that the most difficult, I'm quoting, paraphrasing from the district court opinion, saying that the most, the only ones with any potential standing were the political candidates. It sort of stops that. I think another step in the logical process would have been to say, but, of course, these were not political candidates at the time that the complaint was brought. The court later ties that in at the end. But it then goes on to talk about redressability as a means of establishing that, I think it's fair to say, even if the court were to get over the fact that there was injury in fact, there still is no redressability. If we did need to get near the political question, I was a little concerned about, you try to point to textual commitments in the Constitution to other branches, but they're a little vague, are they not? In other words, what provisions of the Constitution do you think are committing these eligibility determinations of an officer, of a candidate or an officer? I am an actual official to Congress, the Electoral College, or somewhere else. Right. Well, it isn't that general, Your Honor. I'm sorry? It isn't that general. It isn't a Federal official or some other person. It's the sitting President. Okay. Let's take that. That's a distinction worth noting, because the commitment to the House is that that body has the sole authority under the Constitution. To impeach. To impeach. And that the Senate has the sole authority. But this would be a ground for impeachment, wouldn't it? Wouldn't it be a high crime and misdemeanor? I don't know. We're in the area of the, there has been clearly no case law on this. But I do know that if the Constitution says that the only body that can remove a sitting President is the Congress in both houses, then the. Where does it say that? Well, I just suggested, and you did accurately say impeachment. The House says that the House has the sole responsibility to impeach. The Senate has the sole responsibility to convict. And in the Nixon case, the United States Supreme Court has cautioned courts to allow impeachment proceedings as a quintessential non-judiciable element to stay away, because that is what the Senate has the sole responsibility to do, and by definition, therefore, not the courts. So if someone discovers that the candidate for President is underage or not a citizen. Yes, sir.  And they discover it three days before the election, and they don't get to file the suit because there's no time. If they had filed and known earlier, then the judicial branch would be the arbiters of the qualification and defining what it means to be a natural born or how you measure the age or whatever. Is that correct? That's how you envision it. I don't want to speculate, Your Honor, but I do acknowledge that courts do know how to act quickly, and even three days before the election. No, I just don't. I understand that they might have been able. I'm just saying that assuming they couldn't, so that the fact of the alleged fact of disqualification was discovered at a time when they weren't able to bring it, and so bring it to the federal court. If they had earlier, the federal court would have been able to, but the operative event then becomes once the president is sworn in and becomes the president-elect. The ability to deal with this situation, the jurisdiction, if you will, under the Constitution, shifts to Congress. And Congress not only now has the jurisdiction to decide what to do, but also to decide the interpretive issue of what the Constitution means by being a natural born or other kind of citizen. That's where the shift occurs. And in the course of deciding whether to impeach or exercising authority under Article 25, perhaps, or 25th Amendment, rather, that interpretive process authority would be in the hands of the Congress. I would submit that that is a very accurate summation of what our understanding of the Constitution is, Your Honor, that the operative event is the election. And you're saying, therefore, if the court had, if they filed as they did here, after the president was sworn in, the court would have no role in passing as a matter of declaratory relief only. That is correct, Your Honor. You said that that would be an advisory opinion at that point. Because there would be no means to enforce that opinion, because the court wouldn't have jurisdiction. And Mr. Creep's suggestion that the declaratory judgment would then somehow be submitted to Congress, I don't think accurately reflects how the system works. There is no means by which the court would enforce its order. And at that point, because the election had already passed, it then devolves onto Congress to establish what the Constitution means and to take appropriate action, which, as we point out in our brief, both houses of Congress have embraced. Both have standing committees on eligibility. And I would also submit that Mr. Creep's suggestion about the Senate's resolution with respect to ---- Eligibility is ---- I mean, there's also Article 20 that we're not talking about. Amendment. Amendment. That seems to deal directly with the qualification question, but of the president-elect. I mean, there's another period we haven't talked about, which is between the election and the inauguration. And that amendment seems to deal with that. And that amendment, once again, which supports, I submit, our view, is that it devolves responsibility to Congress. Well, it doesn't exactly say that. It says ---- it doesn't say who's deciding on the qualifications. It says that Congress can provide for the case where neither the president nor a president-elect or a vice president shall have qualified. But it doesn't say declaring who shall then act as president. But it doesn't say who decides that. But it says that if there is a difficulty, then it's the Congress that decides. No. It doesn't say that. It says if there's a difficulty, they can decide by law what shall happen if neither one shall qualify. But that's how ---- But it doesn't say who decides whether they qualify. But that's, I think, how Congress decides, is by law. Presumably, they would pass a law determining who the correct president was in the event that it was determined that the president-elect was unfit or ineligible or unqualified. That's so obvious. Or the Supreme Court might come in and decide the election. These are ---- Or the Supreme Court, Your Honor. These are interesting questions. And I don't mean in any way to disparage them. But I don't know all of the answers other than to say that I do know that that's not the case before the Court, that these individuals were not candidates. And these individuals, accordingly, did not have standing. If there is no other questions from the Court, I will submit on the papers. And I thank the Court for its time. Thank you. Thank you. Well, you're out of order right now. See, we have a gentleman up here who's ready to speak. He's got two minutes and 41 seconds. You could share a minute or so if you want. Let me get through my arguments, Your Honor, and I'll be happy to refer to you. Okay. If it pleases the Court, I listened with great interest to Mr. Gershoot. What he essentially was saying in part of his comments was that he was urging that Congress would, in effect, be acting as a judicial body, making determinations as to who is eligible and who is not, whereas it's our argument that that is the problem with the Court. He also talked about the idea of Congress passing laws retroactively deciding who is eligible. And that's how we get back into this problem with the minor parties. We have the Republicans and the Democrats. We have some independents in Congress, but compare them to the major parties, and they are powerless except in a close vote to make any difference whatsoever. So we still have the issue getting back that the courts need to be involved in this and need to take a stand to enforce the Constitution. Now, regarding the political question, it's our argument that eligibility is not a value judgment or a policy decision, as is required for the political question. It's a yes or no answer to a question. Is someone eligible subject to the evidence that's submitted, or is that person not eligible subject to the evidence? So it's not a – we would argue that, with all due respect to Judge Carter, that it's not a political question. With regard to the Court's involvement in cases such as this, it's very limited, but we submitted the Cleaver v. Jordan case, which went all the way up to the United States Supreme Court, which the U.S. Supreme Court refused to hear, allowing the affirmance of the California rulings, which stated that the Secretary of State had the right to remove someone from the ballot. Now, by the time this all got to be done, it was post-election, I understand, but they affirmed the right of the State of California in this case. No, they just didn't hear the case. Yes, they didn't hear the case. They didn't hear the case. That doesn't mean anything. But they allowed the lower court decision. They do that all the time because they've got a lot of other things on their agenda. I understand, Your Honor. You know, they've got plenty of work. Your Honor, I'm sure – I'm aware that they do. Your Honor, in sitting and thinking while Mr. Deschute was making his presentation, it occurs to me, and I don't have the experience that Your Honors do, but I've been doing constitutional law for 35 years, that on other issues, if we had brought it before the election, as I've done in other instances, then we're told it's premature because you don't know who's going to get elected. So you can't really challenge anybody's election. Then if you wait until after the election, then you're too late. The election is done in response to one of the questions about what the change point is, where the sea change is, and it's that. I would respectfully suggest that my time is up, and I apologize, that Your Honors review the Irby case, which we submitted, where there's a discussion about the problem with elected bodies making determinations as to who's allowed to run for what in the sense of ongoing political campaigns. And I thank Your Honors for your time. Thank you very much. Well, just to add a few words. You used your time. No, I didn't.  She didn't have as much time. She got 22 minutes. What did you say? She didn't get as much time. Okay. Go ahead. Okay. Just to add a few. I've got my timekeeper over here. Yeah, yeah. He said 20 minutes for Mr. Crape instead of 10 minutes, so the whole thing was messed up. Well, you have 20 minutes to divide between the two of you. Yeah. So, originally Mr. Crape spoke for 18 minutes. No, he didn't speak for 18 minutes. Yeah. He set it up for 20 when he started speaking, so he spoke for 10 minutes. Why don't you just go ahead. Yeah. Anyways, what is important here is that my client, Ambassador Keyes, was the presidential candidate running against Mr. Obama, so he had perfect standing. Additionally, we went to Congress, and I presented during the hearings in the district court letters from a number of senators. Specifically, I recall a letter from Senator Sessions stating that the Senate cannot decide the issues of fraud, whether fraud was committed, and eligibility that it is for the courts to decide. And the senators specifically stated that they want to abstain because they're not the court of law. They're not judges. They cannot decide those issues. And therefore, it has to be decided. When did you submit those? Is it after the election or before? In other words, when were the senators deferring to the courts? Was it before or after the election? The letters were sent to Judge Carter. We have sent letters to senators, congressmen. We had a whole campaign. Was this after the election or before? We sent letters before and after the election. Nothing was done. Not only that, my clients, members of the military, went through Article 138, which is a specific article of grievances. And I submitted, you have it with my pleadings, a letter from the chairman of Joint Chiefs of Staff of U.S. military, from legal counsel for Admiral Mullen, saying that, yes, we appreciate this is an important issue, but because Mr. Obama, the commanding chief, is not considered to be technically part of the military. He's a civilian overseeing the military. There is nothing they can do. So we did go, and we tried each and every avenue. We exhausted each and every avenue, reaching chairman of Joint Chiefs of Staff. We went to Congress. We went to Senate. And rightfully, it's up to the courts to decide. The senators cannot evaluate evidence. They cannot say if this birth certificate is valid or forgery. That's up to the judge to decide. And that's why I'm asking to overturn this decision and give me an opportunity to try this case on the merits and obtain proper evidence, and then submit it to Congress. Listen, we have your argument well in hand. Okay. Thank you. Thank you very much. Thank you very much. And we will now adjourn until tomorrow morning at 9 o'clock. And thank you for your attendance. All rise. Thank you. Thank you.
judges: Pregerson, Fisher, Berzon